```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURIE DHUE

                      Plaintiff,

    -against-

WILLIAM JAMES O'REILLY,

                   Defendant.

18 cv 02547 ( DAB )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of _____ Carmen D. Caruso _____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

_____ Illinois _____; and that his/her contact information is as follows (please print):

Applicant's Name: Carmen D. Caruso

Firm Name: Carmen D. Caruso Law Firm

Address: 77 West Washington Street, Suite 1900

City / State / Zip: Chicago, IL 60602

Telephone / Fax: 312-6926-1160 / 213-276-8646

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

_____ Laurie Dhue, Plaintiff _____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: May 1, 2018

*Deborah A. Batts*
United States District / ~~Magistrate~~ Judge