UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                          :

LAURIE DHUE,                                    :

                               Plaintiff,        :               18-CV-2547 (JMF)
                                            :

        -v-                                 :                <u>ORDER</u>
                                            :

WILLIAM JAMES O'REILLY,           :

                               Defendant.    :

                                            :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On June 4, 2018, Defendant filed a motion to compel arbitration and stay this case

pending arbitration of the parties' dispute.  ECF No. 14.  On October 10, 2018, Judge Batts, to

whom the case was then assigned, granted the motion to compel as to the threshold arbitrability

question.  ECF No. 25, at 13-14.  On February 20, 2020, the case was reassigned to the

undersigned.  As there is no reason to keep the case open pending the arbitration, the Clerk is

directed to administratively close the case without prejudice to either party moving by letter

motion to reopen the case within thirty days of the conclusion of the arbitration proceedings.

        SO ORDERED.

Dated: February 24, 2020
       New York, New York                 _____
                                            JESSE M. FURMAN
                                            United States District Judge